**ORAL ARGUMENT NOT YET SCHEDULED**

No. 23-1157 and consolidated cases

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF UTAH,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator, U.S. EPA,

*Respondents*.

# DECLARATIONS OF PETITIONER-INTERVENOR SIERRA CLUB

Huda Fashho ........ DEC-01
Hannah Lee Flath ........ DEC-03
Stephen Glen Hooks ........ DEC-06
Drew Mammel ........ DEC-09
Pamela Krauss & Eric Myers ........ DEC-16
Jonathan Levenshus ........ DEC-20
Kurt Limbach ........ DEC-23
Kathleen McCarthy ........ DEC-26
Eldon Wallace McMullen ........ DEC-30
Misti O'Quinn ........ DEC-32
Verena Owen ........ DEC-37
Antoinette Reyes ........ DEC-41
Mary Lyn Stoll ........ DEC-44
Kathy Vanduzee ........ DEC-48
Sarah Willey ........ DEC-51

# DECLARATION OF HUDA FASHHO

I, Huda Fashho, hereby declare and state as follows:

1. The Sierra Club is a non-profit membership organization, headquartered in Oakland, California. The Sierra Club's purpose is to practice and promote the responsible use of the earth's ecosystems and resources, to educate and enlist humanity to protect and restore the quality of the natural and human environment, and to use all lawful means to carry out these objectives.

2. I am the Senior Managing Director of Member Care at the Sierra Club. I've led the Member Care Department in a managerial capacity for 13 years.

3. In this role, I manage the Sierra Club's customer service functions related to members, including maintaining an accurate list of members and managing the organization's member databases.

4. When an individual becomes a member of the Sierra Club, his or her current residential address is recorded in our membership database. The database entry reflecting the member's residential address is verified or updated as needed.

5. The Sierra Club currently has 672,987 members nationally, including members in the following states:

- Connecticut – 9,514 members
- New Mexico – 8,120
- Wisconsin – 17,307 members

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2024, in Fairfield, California.

Huda Fashho

Huda Fashho

**DECLARATION OF HANNAH LEE FLATH**

I, Hannah Lee Flath, hereby declare and state as follows:

1. My name is Hannah Lee Flath. I am 28 years old, and competent to give this declaration. All information herein is true and based on my own personal knowledge.

2. I am a resident of Chicago, Illinois, where I have lived since July 2020.

3. I am a member of the Sierra Club. In fact, I serve as the Communications Coordinator for the Sierra Club's Illinois Chapter, a role I have filled for two years. I support the Sierra Club's mission to protect the environment and public health, and in particular, I am concerned about air quality.

4. I really enjoy spending time outside. I consider myself a runner, and I am very fortunate to live near multiple great outside spaces in Chicago, like the 606–a former elevated train line that has been converted into a pedestrian path for walking, biking, and running–and Humboldt Park, a huge local park with swan boats and a public beach. Getting to spend time in these spaces running and recreating is part of why I enjoy living in Chicago so much.

5. I have suffered from chronic bronchitis since I was a teenager. I have experienced it in on-and-off bouts over the past decade, and some of those bouts

have been quite serious, requiring hospitalization. As part of managing my condition, I use an inhaler.

6. As a result of my chronic bronchitis, I pay very close attention to air quality. Part of my daily evening routine involves not only checking the weather forecast for the next day, but also checking whether or not there are any forecasted air quality index (or "AQI") alerts. I spend a lot of mental resources keeping track of air quality, including monitoring AQI in my area, out of concerns for my health.

7. Though I greatly enjoy spending time outside for both leisure and exercise, I can't do that on days when air quality is poor. When there is more pollution in the air, I have to avoid spending time outside, and I run the risk of having to use my inhaler. As an example, we've had multiple bad air quality days here in Chicago this summer, and I got really sick during those days. Air quality (or the lack thereof) thus plays a huge role in my health and quality of life.

8. In fact, while I truly love living in Chicago, I worry that I may have to move away someday because of the threat that poor air quality poses to my health.

9. I am aware that the U.S. EPA has issued a rule, the "Good Neighbor Plan," that would require industrial sources of air pollutants that lead to elevated levels of ozone, or smog, to reduce the amount of pollution they emit during the warmer months of the year. My understanding is that sources in Illinois and other states that contribute to ozone-related air quality problems in Chicago and other

areas would be required to reduce ozone-causing pollution under this rule. I support this rule, and efforts like it to clean up the air that I and others breathe.

10. I am also aware that this rule is being challenged in court, and that the Sierra Club is seeking to defend the rule against those challenges.

11. If the Good Neighbor Plan rule were to go into effect, there would be less air pollution afflicting my community. As a result, I would be able to spend more time outside, and I'd worry less about my health. I'd also be able to avoid devoting so many mental resources towards protecting myself against air pollution that could aggravate my chronic bronchitis. Conversely, if the rule does not go into effect, or is delayed or weakened, I would continue to suffer from the threats poor air quality poses to my health and enjoyment of life.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.



Dated: September 1, 2023 Hannah Lee Flath

# DECLARATION OF STEPHEN GLEN HOOKS

I, Stephen Glen Hooks, declare as follows:

1. My name is Stephen Glen Hooks, but I go by Glen. I am 53 years old. The information in this declaration is true and correct to the best of my knowledge, and is based on my personal experience. This declaration is in my individual capacity as a Sierra Club member, and only as that. Nothing I say or do in relation to this declaration represents my current employer.
2. I live in North Little Rock, Arkansas. I was born and raised in Arkansas. I live in Pulaski County. My county and city have large minority populations, and I have lived there for over 50 years.
3. I joined Sierra Club in March 2003 and have been an active member for 20 years, in addition to having worked for the Club.
4. I have been very engaged in the work of the organization and was the Director of Sierra Club's Arkansas Chapter from February 2014 to November 2021. Prior to that, I was an Arkansas-based member of Sierra Club's national staff from March 2003 until being named Chapter Director. I worked primarily with the Sierra Club's Beyond Coal Campaign, advocating for clean energy and promoting solar and wind energy alternatives to dirty fossil fuel power.
5. I now work as a policy manager for Audubon Delta, a regional arm of the National Audubon Society that encompasses Arkansas, Mississippi, and Louisiana, and I work on climate and clean energy issues throughout these states.
6. I enjoy recreating outdoors throughout Arkansas. I usually hike at least ten hours a week and do kayaking and canoeing trips about 3-4 times a year. Arkansas has 52 state parks, and a

goal of mine is to visit them all. I spend time floating in the Saline River, hiking in Devil's Den State Park, and often kayak and canoe in the Buffalo National River.

7. I am concerned about air quality in my home area and in places where I like to recreate. About 30 minutes southeast of my home is White Bluff, a coal-fired power plant in Redfield, Arkansas.

8. When I recreate outdoors or travel to other parts of the state, such as areas in close proximity to steel mills and the Plum Point coal-fired power plant in northeast Arkansas, the Turk coal-fired power plant in southwest Arkansas or the Flint Creek coal-fired power plant in northwest Arkansas, I am aware of the impact that coal burning plants and other fossil fuel power plants have on the environment and human health. I spend a significant amount of time in the eastern part of the state in West Memphis, Arkansas, which often teeters on the edge of unsafe ozone nonattainment levels–a result of air pollution and contamination from both in-state and out-of-state plants, such as those in east Texas.

9. I am very concerned about air pollution, especially in the summertime. I spend a lot of time outdoors, and am aware of how hot summer days can correlate with increased ozone levels. In the summer, I monitor ozone levels daily and keep an eye out for alerts of unsafe ozone levels. This is both to be aware of risks to my own health and to spread word to other people I care about to be aware of these elevated levels.

10. I will be 54 years old this year. I know the dangers of being outside in the summer due to the heat, but the combination of heat and how it contributes to high ozone levels prevents me from spending as much time outside as I would like. I wish I could do more outdoors without having to worry about the smog and heat, and the impact it has on my health.

11. The Good Neighbor Plan rule that EPA has issued will reduce ozone-forming pollution in Arkansas and other states that contribute to smog pollution in Arkansas. I am supportive of these regulations for reasons of improved health for my fellow Arkansans and myself. I also know that ozone regulations will make it more likely that polluting coal-fired power plants will be less able to compete with clean, renewable energy in my state. This will have a beneficial impact on personal health and on economic development in the state.

12. I have elderly parents and relatives in Arkansas and I want to make sure their health is protected, especially in the hottest summer months. Timely implementation of the Good Neighbor Plan rule would be great for my family, friends, and fellow Arkansans alike.

Signed May 22, 2023, in Little Rock, Arkansas

Stephen Glen Hooks

**DECLARATION OF DREW MAMMEL**

I, Drew Mammel, declare as follows:

1. I am a Legal Assistant at the Sierra Club, based in the D.C. office. I completed my undergraduate studies at Harvard University before earning my master's from the University of Cambridge. I have worked at the Sierra Club for two years.
2. In my position at Sierra Club, I research topics related to air quality, emissions controls, and grid decarbonization. I regularly rely on documents and data published by EPA and state agencies that implement the Clean Air Act to obtain relevant information.
3. Through my work at Sierra Club, I have become familiar with the nature of ozone monitoring and ozone pollution, especially its dangerous health effects, as well as with data published by EPA related to ozone.
4. I am aware that Sierra Club members live in areas of the country where EPA-monitored ozone levels exceed the 2015 ozone standard of 70 parts per billion (ppb).
5. I understand that, in modeling prepared for the Good Neighbor Rule, EPA projected that ozone levels in many of these areas would improve dramatically.
6. I am familiar with EPA-published data indicating that recent ozone levels and trends for many of these areas are well above EPA's projections and, in many areas, still rising.
7. Using EPA-published data, I have prepared charts that plot monitored design value trends from 2013 to 2023 along with EPA's projected average 2023 and 2026 design values for the following areas: Kenosha, Racine, Sheboygan, Milwaukee, Ozaukee, Waukesha, and Manitowoc counties, Wisconsin; Fairfield County, Connecticut; Eddy and Dona Ana counties, New Mexico, Cook County, Illinois; Porter County, Indiana; and Allegan and Muskegon counties, Michigan. All of these areas are projected by EPA to receive pollution above the one-percent threshold from one or more of Illinois, Indiana,

Michigan, Missouri, Ohio, and Texas after implementation of all Good Neighbor Rule controls in 2026.[1]

8. Keep in mind that the EPA-projected ozone values for 2023 and 2026 shown in the charts are for the baseline scenario with no Good Neighbor Rule. EPA's projections with the rule in place predict even greater reductions that diverge even further from actual monitored ozone levels.

9. The charts for Milwaukee, Ozaukee, Waukesha, and Manitowoc counties, Wisconsin; and Allegan and Muskegon counties, Michigan are shown here.




[1] *See* EPA-HQ-OAR-2021-0668-1116, tab "23gf_days.2026gf_cntl," JA___-__.


Figure 2: Design Values in Ozaukee County, Wisconsin (550890008)
Ozone (ppb)
78
76
74
72
70
68
66
64
62
2013
2014
2015
2016
2017
2018
2019
2020
2021
2022
2023
2026
Monitored DVs
Projected Avg DVs


Figure 3: Design Values in Ozaukee County, Wisconsin (550890009)
Ozone (ppb)
76
74
72
70
68
66
64
2013
2014
2015
2016
2017
2018
2019
2020
2021
2022
2023
2026
Monitored DVs
Projected Avg DVs


Figure 4: Design Values in Waukesha County, Wisconsin (551330027)
Ozone (ppb)
74
72
70
68
66
64
62
60
58
56
2013
2014
2015
2016
2017
2018
2019
2020
2021
2022
2023
2026
Monitored DVs
Projected Avg DVs


Figure 5: Design Values in Manitowoc County, Wisconsin (550710007)
Ozone (ppb)
80
78
76
74
72
70
68
66
64
62
2013
2014
2015
2016
2017
2018
2019
2020
2021
2022
2023
2026
Monitored DVs
Projected Avg DVs







10. For all of these charts, the monitored design values for 2013 to 2022 were sourced from EPA's "2022 Ozone DV Report," at tab "Table6. Site Trends."[2] The 2023 monitored

[2] Available at: https://www.epa.gov/system/files/documents/2023-05/O3_DesignValues_2020_2022_FINAL_05_22_23.xlsx

design values were calculated by taking the average of the fourth highest daily maximum values in 2021, 2022, and 2023. The 2021 and 2022 fourth highest daily maximums were sourced from EPA's "Data File with Ozone Design Values and Contributions," at tab "2021 & 2022 DVs & 4th Highs."[3] The 2023 fourth highest daily maximum values were sourced from EPA's Monitor Values Report.[4] The 2023 and 2026 projected average design values were sourced from EPA's "Data File with Ozone Design Values and Contributions," EPA-HQ-OAR-2021-0668-1130, at tabs "2023gf Ozone Contributions" and "2026gf Ozone Contributions," respectively.[5]

11. As the charts demonstrate, EPA's projections consistently underpredict actual monitored design values. At nearly all of these monitors, design values have not been improving in recent years. Instead, many are worsening, with monitored design values far exceeding EPA's projections. The 2023 monitored design value at Waukesha, Wisconsin (551330027), for example, is over 12 parts per billion higher than EPA's 2023 projection. The charts also suggest that, given these trends, it is unlikely that design values at any of these monitors will achieve EPA's 2026 projections without greater reductions in ozone-forming pollutants.

12. Accordingly, Sierra Club members across the country are exposed to worse ozone levels than EPA projected.

---

[3] Available at: https://www.epa.gov/system/files/documents/2023-03/Final%20GNP%20O3%20DVs_Contributions.xlsx

[4] Available at: https://www.epa.gov/outdoor-air-quality-data/monitor-values-report

[5] Available at: https://www.epa.gov/system/files/documents/2023-03/Final%20GNP%20O3%20DVs_Contributions.xlsx

13. Exposure to ozone has detrimental effects on human health. Ozone exposure is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as mortality.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 22, 2024.

Drew Mammel

# DECLARATION OF PAMELA KRAUSS & ERIC MYERS

We, Pamela Krauss and Eric Myers, declare as follows:

1. Our names are Pamela Krauss and Eric Myers. We both are over 18 years old.

2. We are a married couple who live in Brookfield, Connecticut, in Fairfield County. We purchased this home in December, 2022. We moved here to be closer to our children and grandchildren.

3. We have been members of Sierra Club since 2016. We are passionate about preserving the environment and share many of Sierra Club's goals. We are involved with our local Sierra Club chapter, especially with regards to opposing the construction of a proposed compressor station in Brookfield along the Iroquois gas pipeline. Since retiring, we both have been active in supporting both local and national environmental organizations. We are also members of Audubon Society, Environmental Defense Fund, The Nature Conservancy, Union of Concerned Scientists, National Parks Conservation Association, National Wildlife Federation, and World Wildlife Fund.

4. We both are retired. I, Pam, had a career as a legal and botanical educator and consultant before serving as an Albert Einstein Distinguished

Educator Fellow. I, Eric, worked as an environmental administrator. We both are trained biologists and we both hold Master's degrees in biology.

5. We understand that ozone pollution poses dangerous health risks for people, especially children and older people. We both are concerned that exposure to ozone pollution will harm our health. Eric is currently being treated for lymphoma, and as a result we try to ensure that he is not exposed to poor air quality while battling cancer. Accordingly, on days with bad ozone, we avoid going outside.

6. We have a 2 year old grandson, and a second grandchild due in August. Our family keeps him indoors at daycare and at home during periods of poor air quality because we are concerned about the harm from ozone and other air pollution to his developing lungs. We are concerned for both our grandchildren's safety and health knowing that ozone pollution can be especially damaging to children's lungs.

7. We enjoy hiking, walking, and gardening. We love to hike with our son and young grandson. We spend time on the Connecticut Greenway trail, in Brookfield Town Park, and other local outdoor recreation locations. I, Pam, am also an avid gardener. I am involved with the Brookfield Conservation Commission and have enjoyed teaching botany to local students through gardening. However, on days when air quality is poor, we avoid going outside

because of our concerns about the health risks from exposure to ozone pollution and therefore also forgo these activities that we enjoy.

8. We are aware that Brookfield is located in an ozone nonattainment area, and that Fairfield County has long struggled with persistently high ozone pollution. We are also aware that a number of upwind states emit ozone precursors which significantly contribute to the ozone pollution here in Connecticut.

9. If upwind states were required to limit the ozone pollution they contributed to downwind states, we would have better air quality and fewer bad ozone days. With better air quality and fewer bad ozone days, we'd be happier and healthier. We would spend more time hiking and walking with our son and grandchildren. And I, Pam, would spend more time gardening. We would enjoy our time outdoors more too, without having to worry about the air quality and its harmful effects on our own health or our family's health. And we would look forward to a future where our grandchildren would not have to risk breathing unhealthy air.

We declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2024

Pamela Krauss

Pamela Krauss

Eric Myers

Eric Myers

**DECLARATION OF JONATHAN LEVENSHUS**

I, Jonathan Levenshus, hereby declare and state as follows:

1. I am the Sierra Club's Director of Federal Energy Campaigns for the Sierra Club. I am responsible for overseeing the Sierra Club's campaign operations across the United States, including in those suffering from unsafe ground-level ozone pollution. I live in Indianapolis, Indiana. The following information is within my personal knowledge.

2. The Sierra Club is a national, non-profit organization existing under the laws of California, with its principal place of business in Oakland, California. The Club's purposes are to explore, enjoy, and protect the wild places of the Earth; to practice and promote the responsible use of the Earth's ecosystems and resources; to educate and enlist humanity in the protection and restoration of the quality of the natural and human environment; and to use all lawful means to carry out these objectives. Sierra Club members are greatly concerned about air quality, and the Club has a long history of involvement in air quality related activities on both the local and national levels.

3. I have worked at the Sierra Club since 2013. In my position, I am responsible for directing the activities of the Sierra Club's federal energy campaigns throughout the country. These activities include community outreach, public education, lobbying, and litigation. In order to perform the responsibilities of my job, my staff and I interact on a daily basis with the Sierra Club's members in states throughout the U.S. Because of my position and responsibilities, and through my regular interaction with members, I am familiar with the Sierra Club's purpose, organization, and activities, and with the environmental interests and concerns of Sierra Club members.

4. I understand that the United States Environmental Protection Agency, or EPA, recently finalized a nationwide rule called the "Good Neighbor Plan" to address the pollution contributions that 23 states make towards ambient concentrations of ground-level ozone, or smog, in downwind states. My understanding is that EPA modeling showed that emissions of ozone precursor pollution in those states contributed significantly toward ambient ozone in downwind states, and that the upwind states' plans did not include adequate permanent and enforceable reductions in their emissions of ozone precursor pollution, such as nitrogen oxides, or NOx. I likewise understand that the Good Neighbor Plan would result in enormous benefits to public health and the environment by reducing the amount of smog during ozone season.

5. From my work, I understand that ground-level ozone is harmful to human health, particularly to the health of people with asthma, children, older adults, and people who spend a lot of time outdoors. I'm also aware that elevated levels of ozone are harmful for the natural environment, too, including by negatively impacting sensitive vegetation during the growing season.

6. The Sierra Club has hundreds of thousands of members in the U.S., including tens of thousands in the states that EPA found failed to address their cross-state ozone pollution contributions, and in the downwind states that continue to receive that pollution. Sierra Club members are harmed by this air pollution because it impacts their health, and their ability to experience and enjoy the natural environment. As a result, our members and the Sierra Club as a whole are very concerned with threats to air quality, and in the proper implementation of laws intended to protect air quality.

7. In fact, Sierra Club has expended its resources addressing air pollution issues, particularly those issues related to ozone. For example, Sierra Club has sought to inform the public about the

health impacts of ozone air pollution, including increased asthma, using larger than life size images of asthma inhalers at public events where we discuss the issue with members of the public. Similarly, Sierra Club has worked extensively on interstate air pollution transport issues, particularly those concerning ozone impacts in downwind states flowing from power plant emissions in upwind states, educating the public and seeking solutions to these pollution problems. Likewise, the Sierra Club has engaged in litigation where emitters, states, and the federal government have fallen short of requirements in laws like the Clean Air Act intended to protect the public and the environment.

8. Addressing and resolving interstate ozone pollution transport is a priority for the Sierra Club, and defending EPA's Good Neighbor Plan would advance the interests of the Sierra Club's members, and help protect those members from unsafe levels of air pollution. Moreover, the Sierra Club has an interest in ensuring that, consistent with the Clean Air Act, when EPA takes an action of national scope and impact, the action is reviewed in a single correct venue so that Sierra Club does not have to engage in inefficiently duplicative litigation activities across multiple forums.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed June 28, 2023

Jonathan Levenshus

Jonathan Levenshus

**DECLARATION OF KURT LIMBACH**

I, Kurt Limbach, hereby declare and state as follows:

1. My name is Kurt Limbach, and I am above the age of 18. The following information is based on my personal knowledge or public information available to me.

2. My primary residence is on a farm in Bolivar, Westmoreland County, Pennsylvania. My wife and I have lived at the farm since 1990, when I purchased the property from my stepmother. However, even before 1990, I would visit the property. It's in a rural area, and I have always deeply valued the nature I get to experience there.

3. I have a second house in Pittsburgh. I purchased that property a couple of years after I purchased my farm in Bolivar. I split my time between my farm and my house in Pittsburgh. I also spend one month each year in New England, on Cape Cod.

4. I am a member of the Sierra Club and have been a member since 1996. I strongly support the mission of the Sierra Club to protect the environment and public health, particularly regarding air quality. I support the Sierra Club's work to protect the environment and hold polluters accountable because I believe strongly that a clean environment is important to health.

5. I am also involved in several other organizations that work to restore nature in my area. I serve on the board of the Mountain Watershed Association and the Tubmill Trout Club Unlimited. I also work extensively with the Western Pennsylvania Conservancy. The work that these organizations do, and that I am able to be involved in at these organizations to protect and restore the environment is important to me.

6. I enjoy spending time outdoors, and I value pristine nature. At my farm in Bolivar, I work hard to preserve the natural environment by refraining from using chemicals, such as fertilizers, in the ground at my farm. I deeply enjoy experiencing the wildlife on and near

my land: I have seen bears, bobcats, and bald eagles, and the stream nearby is populated with eastern hellbender salamanders. I also spend a lot of time outdoors for recreation activities, like kayaking, and for the chores required for the upkeep of my farm.

7. I think that it's very important to generate clean electricity to avoid causing pollution and thereby harming nature. I do my part by generating clean energy with the solar panels I have installed at my farm and on my house in Pittsburgh.

8. My farm is very close to five coal-fired power plants. I am only about 17 miles away from the Homer City plant, and I am even closer to the Conemaugh plant–only a couple of miles away–whose stacks I often see. Further, I'm less than 20 miles away from the CPV Fairview plant in Johnstown and the Keystone Plant in Shelocta, and only a few miles from the Seward coal plant in Seward, Pennsylvania. I worry a lot about the pollution from these facilities, and the impact of that pollution on my health and on the wildlife on and near my farm in particular.

9. Having grown up in Pittsburgh, I am very aware of the importance of good air quality for human health. My mother used to tell me stories about streetlights coming on at 1 PM to cut through the midday gloom, and about how the pollution in the air would turn her collars dark. My mother suffered from emphysema, and growing up I suffered from acute allergies that required weekly shots, and so I have really experienced how air pollution can exacerbate health problems.

10. Today, I have a heart condition: atrial fibrillation (also known as "a-fib"), for which I have a pacemaker. To treat my condition, I take a blood-thinner. I also suffer from chronic sinus infections and high blood pressure. My wife is a cancer survivor, and suffers from rheumatoid arthritis.

11. I am aware that the U.S. Environmental Protection Agency has issued a rule that would reduce ozone-forming pollution in Pennsylvania and other states that contribute to smog pollution in Pennsylvania.

12. I enthusiastically support regulations that reduce ozone-forming pollution. I understand that Pittsburgh struggles to achieve federal health standards for smog. I also understand that my wife and I are particularly vulnerable to the adverse health impacts of air pollution due to our health conditions and the amount of time that we spend outdoors.

13. I am also concerned about the impacts that air pollution has on nature. Air pollution like smog is harmful to the plants and animals that I enjoy on and near my farm, and poses a threat to the pristine nature that I value so much.

14. If there were less ozone pollution, I would be less worried about my health and my wife's health. I would be able to enjoy the wildlife on and near my farm with less fear of ozone exposure. However, if regulations to reduce air pollution do not go into effect, the natural environment that I love so much would be at risk of deterioration and my wife and I would face a greater risk of the harmful effects of smog due to our health conditions.

I verify that the facts set forth herein are true and correct, to the best of my knowledge, information and belief.

Executed on May _8_, 2023.

[signature]

Kurt Limbach

**DECLARATION OF KATHLEEN MCCARTHY**

1. My name is Kathleen McCarthy. I am 70 years old and competent to give this declaration. All information herein is based on my own personal knowledge.

2. I live in Manhattan, New York City. I have lived in New York City since 1979, with the exception of one year away from approximately November 2001 to November 2002.

3. I am an active member of Sierra Club. I started volunteering with Sierra Club in 2017 and joined as a member January 1, 2018.

4. As a member of Sierra Club, I have advocated for action on climate change and air pollution, focusing in particular on shutting down gas peaker plants in New York and advocating for the Climate Leadership and Community Protection Act. I have met with a New York State senator and New York City council member with Sierra Club staff and members and I have traveled to Albany with the New York Renews coalition. I have participated in actions and rallies, and written letters on behalf of my local Sierra Club chapter. I have never been a paid employee of Sierra Club.

5. I am a forest restoration project manager for the New York City Department of Parks and Recreation in the Environment and Planning Division. My office is located in Long Island City, less than 1 mile from the Ravenswood power plant. I also work at a remote location in the field, at Idlewild Park in Brookville, Queens, New York.

6. I spend time outdoors as part of my job. I spend approximately 5 hours per week outdoors commuting to work. At work, I spend approximately 5 hours outdoors per week in the field. When the weather is nice, I go to the only park near the office on the East River, right next to Ravenswood power station, to have lunch and go for a walk.

7. I spend recreational time outdoors. I spend approximately 6 hours per weekend outdoors in New York City, walking to the farmers market, by the East River, or in Central Park. I also go hiking in upstate New York and in New Jersey approximately once per month.

8. I experience bad air days living in New York, and I change my behavior when there are bad air days. On bad air days the air feels oppressive and it feels harder for me to breathe, particularly in the summer. When I learn that there is a high air pollution day, I do not go out in my local area for pleasure, walk to the East River, or sit outside in the park for lunch near my office.

9. I have a fear of air pollution because my family has a history of lung disease. My grandfather died of tuberculosis. My father had lung cancer twice. The first time, one of his lungs was removed. The second time, my father had non-smoker's lung cancer and emphysema in his remaining lung, and he died as a result. My family history makes me cautious about bad air quality because I worry we have a weakness when it comes to lung health.

10. I am also concerned about air pollution, and ozone pollution in particular, because my niece currently lives in New York City and has had asthma

her entire life. In addition, I am concerned for my crew at the New York City Parks Department, who work outdoors every day and are exposed to air pollution.

11. I am aware that the U.S. Environmental Protection Agency has issued a rule that would reduce ozone-forming pollution in New York and other states that contribute to smog pollution in New York.

12. I absolutely support regulations that reduce ozone-forming pollution. Ozone pollution poses a huge cost to our health and huge financial cost to the community when people become ill because of exposure to air pollution. Caring for people with lung problems is expensive and can be a drain on the family financially, children do not learn as well when they are ill, and it takes time and energy away from more positive and enjoyable activities.

13. Sierra Club members have worked very hard to shut down our coal plants and we are working now to shut down gas plants in New York, but if neighboring states are producing smog it thwarts our attempts to live a healthy life here. It is alarming that New York is being affected by pollution coming from other states.

14. If there were less ozone pollution, and fewer high pollution days as a result, I would be able to spend more time outdoors, enjoy that time more, and worry less about my niece and my crew at work. Conversely, if regulations to reduce air pollution do not go into effect, I would not experience those benefits of cleaner air.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4-24-2023

Kathleen McCarthy
Kathleen McCarthy

# DECLARATION OF WALLACE MCMULLEN

I, Eldon Wallace McMullen, hereby declare pursuant to 28 U.S.C. § 1746:

1. This declaration is based on my personal knowledge. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am 79 years old, and I am a resident of Louisville, Kentucky. I have lived in Kentucky since 2006 and at my current address since 2014.

3. I live roughly 11 miles from Mill Creek Station, a large coal-burning power plant in the Louisville area. My home is also about 12 miles from Kosmos Cement, a cement manufacturing facility and about 2.5 miles from American Synthetic Rubber Company, a chemical plant in Louisville. In addition to American Synthetic Rubber Company, I live near many other chemical plants located in a neighborhood that is nicknamed "Rubbertown," roughly 3 miles from my home.

4. I am an active member of Sierra Club and have been since approximately 1995, when I joined the Missouri state chapter. I have been a member of the Kentucky chapter of the Sierra Club continuously since 2006, when I moved to the state.

5. I was a member of the Sierra Club Kentucky chapter's executive committee from 2007 to roughly 2016. I have been a member of the Greater Louisville Sierra Club executive committee since 2006. Since 2012, I have been the Conservation Chair and Political Chair for the Greater Louisville Sierra Club. I have never been a paid employee of Sierra Club.

6. For a few years, I was the leader of a group of volunteers called the Sierra Club New Energy Future. We got grants from the national Sierra Club for at least four years to organize a conference in the Midwest about issues on our campaign to move beyond coal. Given the subject of the conference, the issues covered always included air quality.

7. Around 2008, I participated in working groups on air quality issues with the air pollution control district in Louisville.

8. I spend time outdoors throughout the week for recreation. I bike 30 minutes a day, 4 times per week—that's my standard aerobic exercise. On my bike trips, I bike from my home to the Louisville Memorial Gardens and Funeral Home cemetery. I ride around in the cemetery for about fifteen minutes. Then, at the eastern edge, I turn into a driveway at the back end of a shopping center and retrace my route home.

9. From approximately early April until late October, I spend roughly 30 minutes a week outdoors mowing my lawn.

10. I spend roughly 30 minutes per week, averaged over the course of a year, doing general outdoor work on my property. I spend my time working on my shrubbery and activities along those lines. For example, I've planted 12 trees on my property, and there are some bushes along the front walk that seem to perpetually need trimming.

11. I fear harm from air pollution in Louisville. I just read a report about how Mill Creek is one of the worst plants in the country for fine particulates emission. It's worrisome to me that one of the major emitters of smog is not very far from me. I'm very much within Mill Creek's air shed. Further, I live near the American Synthetic Rubber Company chemical plant and other chemical plants in Rubber Town. I know there's bad stuff being put into the air by industry in the air shed that I live in.

12. I particularly fear the health consequences of air pollution, including smog. I have high blood pressure, which I fear may be from air pollution. I would enjoy my time outside more if the air quality were improved, because it would decrease my worry about the effects of exposure to pollution while outdoors.

13. I am aware that the U.S. Environmental Protection Agency has issued a rule that would reduce ozone-forming pollution in Kentucky and in other states that contribute to smog pollution in Kentucky.

14. I absolutely support regulations that reduce ozone-forming pollution. I believe that reducing ozone-forming pollution will make air quality better and will improve health outcomes for the entire population—resulting in fewer missed work days, fewer medical expenses, and less stress on the healthcare system. It's generally better for life all around.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/22/23

E. Wallace McMullen
Eldon Wallace McMullen

# DECLARATION OF MISTI O'QUINN

I, Misti O'Quinn, hereby declare as follows:

1. I am a board member of Downwinders At Risk. I joined the board in 2017. Downwinders At Risk is incorporated under the laws of Texas as a non-profit organization. Downwinders at Risk was organized to reduce air pollution that harms North Texas, particularly the Dallas-Fort Worth area.
2. I am also a Sierra Club member and work for the Club as an organizer. I have been a member since 2017, but I volunteered for Sierra Club even before I joined as a member.
3. I live in Dallas, TX in Collin County. I grew up in the Dallas-Fort Worth area and have lived here all my life. I have three children, ages 9, 16, and 18. They live with me.
4. I am aware that the Dallas-Fort Worth area, including Collin County where I live, fails to meet clean air standards for ozone, a harmful air pollutant that can cause serious respiratory problems, asthma attacks, and even death.
5. My family and I spend lots of time outside for recreation, where we breathe polluted air. My children love playing outside, and swimming when the public pools are open. They usually go swimming two to three times a week during the summer months. We like to visit the Arbor Hills Nature

Preserve and the Cedar Ridge Preserve as a family to spend time at the overlooks and have picnics. We also like to grill outside. But I often check the weather report, and if it's a bad air day, we stay indoors and can't enjoy these activities.

6. I also spend a lot of time outside as part of activities with Downwinders At Risk, and as part of my job with Sierra Club. Since March 2018, I've been frequently going to Joppa, a neighborhood in southern Dallas that was founded as a freedman's town, to try to develop an air monitoring network and to get a better understanding of what the air quality there actually is like. The neighborhood has many sources of air pollution, including a concrete batch plant, an asphalt plant, and other industrial facilities. Based on my experience volunteering with Downwinders at Risk and Sierra Club, I understand that ozone pollution in the Dallas Fort Worth area and my community is also caused by pollution from numerous sources that may be many miles away, including large coal- and gas-burning power plants throughout Texas.

7. We train community members to use portable air monitors to, for example, monitor particulate matter in their neighborhood. We are also getting permanent air monitors up in Joppa and throughout Dallas to build out an air monitoring network. We also help our community members

track levels of ozone or smog pollution through online sources.

8. As a community organizer, I also sped a lot of time outdoors. Specifically, I participate in outdoor protests, demonstrations, and spending time educating and working with other community members.

9. Two of my children—my 9-year-old son and 16-year-old daughter—have asthma. They've had to go to the doctor so often that my 16-year-old knows the details of the routine at the hospital. When she was about 5, she was in the ER about once a month because of asthma attacks. We've been largely able to control it now, but there are flare-ups. She still has to stay home from school a lot because of her asthma.

10. I've started trying to do more cardio to build up my lungs and combat the effect of ozone pollution—but I only run indoors, at the gym. Running on the treadmill gives me shin splints, and it's boring. I would like to run outside if the air quality were improved.

11. I would also really like to spend more time outdoors gardening if the air quality were improved.

12. My 9-year-old is also seriously affected by asthma and has to stay home from school regularly as a result. He has had two bouts with pneumonia already that sent him to the hospital for 5-6 days each. They started with allergies and asthma attacks, then got worse.

13. The doctor visits and medications my children need because of these asthma problems and flare-ups are expensive. Both my son and daughter take a variety of medication and inhalers to control their asthma. My son likes to hear the hum of his nebulizer—a breathing machine—to get to sleep. We shouldn't have to live like this.

14. Other family members of mine have had asthma. My grandmother would have asthma attacks so bad she would have to be in the hospital for days at a time. One put her in a coma.

15. I also sometimes have to use an inhaler or nebulizer when my chest gets tight and it gets harder to breathe.

16. The doctor visits and medications we need because of these asthma problems are expensive. We also use plug-in air purifiers in our home, which is another expense.

17. I am very concerned about the impact of air pollution on my family's and my health and wellbeing. My children's respiratory illnesses are what drove me to get involved with Downwinders At Risk and Sierra Club. Once I started getting data on air quality and the links between air pollution and respiratory illnesses, it lit a fire under me.

18. Better air quality where we live, work, and engage in recreation will benefit me and my family. With more clean air days, we wouldn't have to

stay inside. I would worry less about my children's and my health. Clean air would also help us financially, because we could avoid the expense of doctor visits and medication for my children's asthma.

19. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Texas by requiring many industrial sources in Texas and other states to reduce emissions. I strongly support Downwinders At Risk's and Sierra Club's legal efforts to support EPA's regulations and to ensure that the Clean Air Act is fully implemented and ozone air pollution levels are reduced. Such regulations would benefit my health, my family's health, and other people who suffer from respiratory disease, and improve my ability to spend time outdoors.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: March 16, 2023

Misti O'Quinn

# DECLARATION OF VERENA OWEN

I, Verena Owen, hereby declare as follows:

1. I am 66 years old and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgement on the matter.

2. I live in Winthrop Harbor, Illinois, just south of Kenosha, Wisconsin, and about one mile from Lake Michigan, and about an hour north of Chicago.

3. I am an active member of the Sierra Club and have been a member since 1991. I got involved with the Sierra Club because I am passionate about its mission to protect the environment and public health. I am the Volunteer Co-Leader of Sierra Club's National Beyond Coal Campaign, In that role, I helped co-found the Beyond Coal Campaign in 2002, when other Illinois Sierra Club volunteers and I began to see more and more proposals for new coal plants popping up in the backyards of communities across Illinois and Wisconsin. Together, with other Sierra Club volunteers, we began tracking coal plant permits and participating in regulatory and rulemaking proceedings across the country to stop the build out of new coal plants and push highly-polluting, existing coal and fossil-fuel burning power plants to clean up their pollution or transition to clean energy. I have also spoken in support of strengthening air pollution standards in

numerous EPA and state rulemakings, including EPA's 2010 public hearings in Chicago regarding the Transport Rule.

4. Given my volunteer experience as part of the Sierra Club's Beyond Coal Campaign for more than 20 years, I know that fossil-fuel burning power plants and other industrial sources emit significant amounts of nitrogen oxides, which can contribute to the formation of harmful ground-level smog or ozone, both in the vicinity of those power plants and sometimes hundreds of miles away.

5. I'm also aware that EPA has determined that air quality in Lake County, Illinois, where I live, and several nearby counties in Illinois and Wisconsin, fail to meet national safeguards for ozone pollution, meaning that the air is unhealthy to breathe. I know that, according to EPA and air quality modeling, high concentrations of ozone pollution in Illinois and Wisconsin are due, in part, to air pollution from power plants hundreds of miles away, in states like Texas, Missouri, Ohio, Kentucky, and others. Smog also causes hazy skies and visibility impairment in places like Chicago, where I regularly travel for volunteer work and recreation.

6. I am deeply concerned about smog and poor air quality in my community and in the broader Chicago area. While I personally do not have respiratory issues, I do have a heart condition which research shows can be exacerbated by ozone pollution. Additionally, my husband is sensitive to the

respiratory effects of ozone pollution and experiences a heavy feeling in his lungs on days when the air quality index ("AQI") is high. I often tell him to take it easy or to go home and this limits our ability to enjoy outdoor activities.

7. I worry about my health as well as the health of my husband. As a result, I frequently monitor the air quality in my area. I use a smart phone app and subscribe to email updates from AirNow, each of which notifies me when air pollution is bad in my area – to plan our daily activities. Although we love to go for walks along Lake Michigan, hikes and bike rides in our community, and garden, we avoid going outdoors on days when the air quality is bad and ozone levels are high. We also enjoy going to farmers markets or going shopping in Kenosha, and our doctor's office is also in Kenosha. I also regularly travel to Chicago to attend social or cultural events as well as visiting the Sierra Club office. But I avoid those activities, if I can, when air quality is poor. Sometimes, however, I have to go into the Chicago office or shopping, and I'm unable to avoid being exposed to elevated smog levels, which makes me concerned for my health and my husband's well being. It's also disappointing to see smog in places like Chicago, and it makes me sad to know that a large portion of that smog could be eliminated if we reduced our reliance on fossil-fuel burning energy generation.

8. I would like to enjoy regular outside activities such as biking, hiking, and gardening, but we have to avoid those activities on bad air days. My residence

in Winthrop is about a mile from Lake Michigan and about three blocks from Wisconsin border. I enjoy taking walks along the lakeshore. On clear days, I can distinctly see the Chicago skyline about 50 miles south. When smog pollution levels are high, the entirety of the skyline is sometimes obscured, which is incredibly disappointing to me.

9. I understand that EPA has issued a rule that would reduce smog pollution in Illinois and Wisconsin by requiring power plants and other sources of ozone-forming pollution in other states to do their fair share to reduce pollution. And I know that Sierra Club advocated for such protections, and is supporting EPA against legal challenges from industry. I support EPA's regulations and Sierra Club's effort to support those regulations because the rule would benefit my health and my family, and improve my ability to spend time outdoors hiking, biking, gardening, and enjoying nature and the outdoors generally.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/16/2023

Verena Owen

# DECLARATION OF ANTOINETTE REYES

I, Antoinette Reyes, declare as follows:

1. My name is Antoinette Reyes. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information.

2. My primary residence is in Las Cruces, New Mexico. I have lived in Doña Ana County for over six years.

3. I am a community organizer with Sierra Club's Rio Grande Chapter, which is the chapter representing New Mexico. I have been in this role for the past three years.

4. I have been a member of Sierra Club since August 2019.

5. Sierra Club is a nationwide non-profit environmental membership organization, which has its purpose to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

6. I first became involved with Sierra Club as a volunteer when I was in high school living in Southern California. Sierra Club was one of the first nonprofits that caught my attention. At the time, Sierra Club was challenging a state proposition that we felt would weaken air quality. I hung flyers on doors, encouraging people to vote no on the proposition. I have also been involved with other environmental issues, especially when environmental issues overlap with public health. As an organizer with Sierra Club, I now organize community members on issues related to oil and gas development, particularly in the Permian Basin.

7. I am familiar with ozone issues in New Mexico and Texas from work that the Rio Grande Chapter has done. For example, our Chapter joined with the national Sierra Club and other partners in a lawsuit challenging the federal Environmental Protection Agency's ("EPA") previous decision to designate El Paso as being in compliance for ozone standards. I am also aware that Doña Ana County suffers from poor air quality, including from ozone pollution, in part due to pollution coming from Texas.

8. I have two children, a daughter, who is 9, and a son, who is 7. My daughter has asthma, and we are not sure right now if my son also has asthma.

9. My daughter's asthma began when she was 6 years old, after we moved to Las Cruces. At the time she was coughing all the time, and we were really concerned. We took her to a bunch of doctors' appointments. It seemed like we just couldn't figure out what was wrong. But then when she was 7 or 8, a doctor said that her symptoms were asthmatic and prescribed an inhaler.

10. Her coughing has been much better since she's been on an inhaler, but there are still flair ups. For instance, increased traffic will make a difference. There are two major highways that go through Las Cruces: Interstate 10 and Interstate 25. Around the holidays there are always a lot of travelers, and I will notice that my daughter's asthma is worse during these times.

11. My family and I enjoy spending time outside. We will go to local parks, and we've also been hiking in nearby national and state parks. My daughter also likes to sit in a hammock in our back yard to read.

12. I have a friend who will alert me when it's a bad ozone day and tell me to stay inside. Since finding out that my daughter has asthma, we do stay inside more often.

13. Because my daughter has asthma and I am concerned that my son may also be developing asthma, if ozone pollution was reduced, my family would absolutely benefit.

14. I understand that ozone pollution in New Mexico has been worsening in recent years, especially during ozone season. I also understand that climate change can exacerbate the effects of ozone pollution. I worry that without sufficient action, this trend will continue and further endanger my family's health.

15. I understand that Sierra Club is seeking to intervene in several lawsuits challenging EPA's rules and actions addressing interstate ozone pollution. I understand that the EPA took action because the Agency found that several states, including Texas, did not sufficiently reduce ozone pollution originating in Texas and traveling to other states, including New Mexico. I am participating in this case because I care about my community. I am alarmed and deeply concerned by the ozone pollution because I have never lived anywhere where so many kids have asthma or other respiratory illnesses and infections. I worry about my children, my nieces and nephews, and my little cousins.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed April 17, 2024.

Antoinette Reyes

Antoinette Reyes

# DECLARATION OF MARY LYN STOLL

1. My name is Mary Lyn Stoll. I am 49 years old and competent to give this declaration. All information herein is based on my own personal knowledge.

2. I live in the town of Evansville, Indiana. I have lived in Evansville since 2005. I am a professor at a state university. When school is out for the summer, I spend time in Akron, Ohio, where my partner lives.

3. I am an active member of Sierra Club. I have volunteered with Sierra Club's local Beyond Coal Campaign group for many years. I have been drawn to volunteer with Sierra Club partly to protect my own health, and also out of concern about climate change and a commitment to environmental justice. I firmly believe that I have a moral duty to help improve the environment and public health. I have never been a paid employee of Sierra Club.

4. I have been substantially challenged by the air quality in Evansville. I was diagnosed with asthma as a child, but I never had to get consistent treatment until I moved to Evansville. My main challenges are that I have chronically inflamed lungs and a chronically sore throat. Small "triggers" will push my consistent levels of inflammation into something more dangerous and harmful. One of those "triggers" is air pollution. Other "triggers" are mold, grass pollen, or sometimes very bad smells, like sewage.

5. I now have to take a daily preventative steroid to manage my asthma. Additionally, I always make sure to keep my emergency inhaler with me and I worry that if I forget it, I won't be able to breathe. The steroid I have to take causes side effects that hinder my quality of life. One of the side effects of the steroid I take is that it makes me anxious and it's therefore harder to fall asleep. I also worry that there might be long-term implications for taking this steroid. I would of course prefer not having to taking my asthma medication, but I need it to live my life.

6. I spend time outdoors. I walk outside for at least one hour a few days each week, often on a path in Evansville along the Ohio River. I also like to walk on a path from the University of Southern Indiana campus, where I work, to Burdette Park, which is also in Evansville. Once or twice a month, I will hike at one of the parks in the area such as Harmonie State Park, the Hoosier National Forest, or at the Audubon State Park, which is in Kentucky. I always keep my inhaler on me during any of these walks. Even on the short walk from the parking lot at work to my office, I have often had to use my emergency inhaler. I have had to use it when driving. I almost never avoid doing an outdoor activity entirely because of air quality, but I will pause to take my medications, and sometimes my inflamed lungs or throat will ruin the fun of my activity. When I am walking or

hiking to relieve stress, being forced to stop in my tracks unable to breathe, has the opposite of the desired outcome.

7. I live close to several coal-burning power plants. In fact, everywhere I look there seems to be a coal-burning power plant. There is one that I can see from my work, which is the A.B. Brown coal-burning plant. The Culley and Warrick coal-burning plants are both just east of Evansville. The Gibson and Petersburg coal-burning plants are also nearby in the region. There are other coal-burning plants across the river in Kentucky. When I'm driving out of town, and go by the Petersburg plant, I'll often feel a need to use my inhaler. When I drive by that coal plant, I need to keep the inhaler on the passenger seat, close at hand.

8. Air pollution and thinking about breathing causes me stress. My dad died from complications of Non-Hodgkin's lymphoma treatment. The last several years of his life, he suffered from lungs that were filled with fluid. I saw my dad go into acute respiratory failure. Watching him experience hallucinations during respiratory failure was one of the most frightening experiences of my life. While my illness is different, that experience has caused me to fear for my own health and to worry about not being able to breathe. It is also frustrating to constantly have to think about avoiding "triggers" for asthma, one of which is air pollution. It is a mental-health harm for me to know that my society does not really care if I can

USCA Case #23-1317 Document #2050871 Filed: 04/22/2024 Page 47 of 55

breathe; my fellow citizens often seem to care more about letting others pollute the air, a known and proven danger, than about my ability to simply breathe at all.

9. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Indiana and other states that contribute to smog pollution in Indiana. I support such regulations that would benefit my health and other people who suffer from respiratory disease, and that would improve my ability to enjoy the time I spend outdoors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/28/2023

Mary Lyn Stoll
Mary Lyn Stoll

# DECLARATION OF KATHY VANDUZEE

I, Kathy Vanduzee, declare as follows:

1. My name is Kathy Vanduzee. I am 74 years old.

2. I live in Brookfield, Connecticut, in Fairfield County. I have lived here since 1987.

3. I have been a member of the Sierra Club since March 2023. I primarily joined the Sierra Club after learning of a proposed compressor station expansion in Brookfield along the Iroquois gas pipeline. I joined the Sierra Club to organize opposition against the expansion and to advocate for greater environmental protection.

4. Sierra Club is a nationwide non-profit environmental membership organization, which has its purpose to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

5. I am a retired special education advocate, a role which I held for several decades.

6. Ozone pollution is frightening to me. I understand that ozone pollution is harmful to one's health, especially for children and for older folks like myself. Because of my concern and worries about impacts to my health, I pay special attention to local air quality. I also purchased a $300 hyperlocal air quality sensor to inform me whether or not it is safe to go outside. Because of my concern and worries about impacts to my health from air pollution, including ozone pollution, I avoid going outside on days when the air quality is bad.

7. I enjoy spending time outdoors. I garden and my husband and I do yard work together. Because of my concern and worries about impacts to my health from air pollution, including ozone pollution, I avoid these activities that I enjoy on days when air pollution is bad.

8. My son, who also lives in Brookfield, enjoys spending time outdoors too. I am concerned about his health being impacted by poor air quality. I am also concerned about the effects of poor air quality on my friends, many of whom are immunocompromised, and on local schoolchildren, who, like me, are more at risk of suffering from health effects from high ozone pollution.

9. I am aware that Brookfield is located in an ozone nonattainment area, and that Fairfield County has long struggled with persistently high ozone pollution. I am also aware that a number of upwind states emit ozone precursors which significantly contribute to ozone pollution here in Connecticut.

10. If upwind polluters were required to limit their ozone pollution, as a resident of a downwind state, I would feel much more confident and secure when going outside knowing that my air quality is healthy. I would be more able to spend time outdoors, whether gardening or doing yard work, and enjoy that time more with fewer poor air quality days.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2024

Kathy Vanduzee

# DECLARATION OF SARAH WILLEY

1. My name is Sarah Willey. I am 36 years old and competent to give this declaration. All information herein is based on my own personal knowledge.

2. I live in the town of Florissant, Missouri, which is a suburb of St. Louis, located in Saint Louis County. I was born in and grew up in Florissant.

3. I am an active member of Sierra Club. I originally joined Sierra Club in 2005, while studying at Truman State University.

4. I have been concerned about the environment for most of my life. When I was in college, at Truman State University from 2004 through 2008, I was involved in the campus Sierra Club chapter and was chapter president for one year. In 2011, when I moved back to the St. Louis area, I became involved with the Sierra Club Missouri Chapter, including by organizing a fundraiser. I have served on the state chapter's executive committee and taken on various volunteer leadership positions within the Sierra Club's St. Louis area local group, the Missouri state chapter, and held volunteer positions at the national level. I have never been a paid employee of Sierra Club and am not currently serving in a volunteer leadership position.

5. I have asthma and my diagnosis with asthma, in approximately 2011, changed the emphasis of my environmental concerns. When I was in high school and college, I was motivated by issues such as recycling and protecting the

rainforest. When I was diagnosed with asthma my interest in environmental advocacy felt more personal. The driving force of my interest in environmental issues today is human health.

6. I know air pollution is an issue in St. Louis. I know this because I have been an environmental advocate but also because I feel the pollution in my body. Bad air quality causes my asthma to flare up and impacts how I live my life.

7. I change my behavior and the structure of my professional life in response to bad air days. I started my own consulting business in part so that I can structure my daily life to avoid having to be outside on bad air days. I did not want to have to be dependent on a manager's approval to take care of my health by working from home on bad air days. On bad air days, I keep my inhaler on my body. I enjoy going outside, but there are some days that I have to skip walking outside altogether because I have seen on the news that the air is bad or I feel it when I breathe. Even yardwork at my home can sometimes be a challenge because of bad air quality. Because of my asthma, on a bad day, my lungs will feel tight. It feels like breathing through a straw. It feels like someone has put a cinder block on my chest.

8. On weekends, I like to go hiking, sometimes with my partner. Two of my favorite places to go hiking in the area are Pere Marquette State Park in Illinois and the Audubon Center at Riverlands (which is near West Alton, Missouri in St.

Charles County). If my asthma is flaring up, I often do not go on a hike and stay inside instead.

9. I pay attention to the news and declarations of bad air days. My grandmother, who lives on the Illinois side of the Mississippi River, when her health was better, would sometimes send me text messages warning me about the air quality if she had noticed something on the news about bad air quality. On days like that, if I am very motivated to get outside, I sometimes wear a mask or cloth over my face to protect myself. On bad are days, I will not sit outside at a restaurant, which I would otherwise enjoy doing. This especially impacted my life during the worst periods of the Covid pandemic when friends would meet to eat at a restaurant outside but I could not do that because of my sensitivity to air quality. In this way, my asthma caused me to miss out on that human interaction.

10. I fear bad air quality days. I know that I have access to inhalers and breathing treatments if I have an emergency. My fear is of experiencing prolonged discomfort and not being able to do the things that I enjoy doing. I worry about having a set back. On bad air days, I also sometimes feel angry. I sometimes think to myself, "why can't I do what other people can do?"

11. I sometimes see smog in St. Louis. I notice hazy conditions sometimes, when the sky looks out of focus and darker. When I see this, my

strongest visceral reaction is a little bit of fear because I might have trouble breathing that day.

12. In addition to hiking, I enjoy walking outside, jogging, and photography. My partner studies snakes and amphibians, and I enjoy looking for these animals with him, including at places like Pere Marquette State Park in Illinois and the Audubon Center at Riverlands. On these trips, I take photographs of animals like snakes and also landscape shots. My ability to participate in and enjoy any of these outdoor activities can be harmed by bad air quality.

13. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Missouri and other states that contribute to smog pollution in Missouri. I support regulations that reduce ozone-forming pollution because such regulations would benefit my health and other people who suffer from respiratory disease, and improve my ability to spend time outdoors hiking, gardening, running, and enjoying nature.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/15/23

Sarah Willey

Sarah Willey